## ORDER

PER CURIAM.

Movant, Seun Inta, appeals the judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. He contends his plea attorney provided ineffective assistance by failing to inform him of the correct amount of time he would serve before eligible for parole and by failing to interview a witness.

Having reviewed the briefs of the parties and the record on appeal, we conclude the motion court did not clearly err. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Daniel J. Neff, Jefferson City, MO, for Respondent.

Before SMITH, P.J., LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

Daniel J. Wedemeyer appeals from the decision of the Personnel Advisory Board as upheld, dismissing his motion for attorney's fees as untimely filed because it was filed more than thirty days after the final order of the Personal Advisory Board. Affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Jeffrey BROWN, Appellant.**

No. ED 81569.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 29, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 19, 2003.

**Daniel J. WEDEMEYER, Appellant,**

v.

**Wilma PARTEE, Director of Human Resources, Department of Natural Resources, Respondent.**

No. WD 61308.

Missouri Court of Appeals,
Western District.

April 29, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 1, 2003.

Robert S. Adler, St. Louis, MO, for Appellant.

Gwenda R. Robinson, District Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Andrea Mazza Follett, Asst. Attorney General, Jefferson City, MO, for respondent.